DAYLE ELIESON
United States Attorney
MICHAEL A. HUMPHREYS
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
michael.humphreys@usdoj.gov
Counsel for the United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2013 CADILLAC ESCALADE;<br>$5,791.13 IN UNITED STATES CURRENCY;<br>$1,369.59 IN UNITED STATES CURRENCY;<br>$537.70 IN UNITED STATES CURRENCY;<br>$371,520.89 IN UNITED STATES CURRENCY;<br>$867.92 IN UNITED STATES CURRENCY;<br>$762.72 IN UNITED STATES CURRENCY;<br>$5,548.94 IN UNITED STATES CURRENCY;<br>$29,819.36 IN UNITED STATES CURRENCY;<br>$2,077.56 IN UNITED STATES CURRENCY;<br>RUGER LCP .380 PISTOL, et al;<br>$481,480.22 IN UNITED STATES CURRENCY;<br>$17,960.48 IN UNITED STATES CURRENCY, et al; and<br>$219,123.68 IN UNITED STATES CURRENCY,<br><br>Defendants. | 2:18-CV-1240-GMN-(GWF)<br><br>Notice of Withdrawal as Attorney |

///

Michael A. Humphreys files this Notice of Withdrawal as attorney of record for the United States of America in this case.

Dated this October 31, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

_____
MICHAEL A. HUMPHREYS
Assistant United States Attorney

IT IS SO ORDERED:

_____
George Foley Jr.
UNITED STATES MAGISTRATE JUDGE
DATED: 12/7/2018